UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHU CHINSAMI,

        Plaintiff,

   v.

JARED LOZANO,

        Defendant.

Case No. 21-01953 EJD (PR)

**ORDER OF TRANSER**

Plaintiff, a state prisoner, filed a pro se civil rights complaint against a prison official at California Medical Facility ("CMF"), where he is currently incarcerated. Dkt. No. 7. Because defendant resides in and the acts complained of occurred in Solano County, which lies within the venue of the Eastern District of California, see 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

**Dated:** __6/15/2021_____

_____
EDWARD J. DAVILA
United States District Judge

Order of Transfer
PRO-SE\EJD\CR.21\01953Chinsami_transfer (ED)